Balám O. Letona SBN 229642
Law Office of Balám O. Letona, Inc.
1347 Pacific Avenue, Suite 203
Santa Cruz, CA 95060-3940
Telephone Number: (831) 421-0200
Facsimile Number: (831) 621-9659
Email: letonalaw@gmail.com

Attorney for Plaintiff
SILVIA M. ACEVEDO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SILVIA M. ACEVEDO,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>STEVEN ALFRED BOOSKA,<br><br>　　　　　　　Defendant(s). | Case No. C06-04696VRW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

IT IS SO ORDERED
Judge Vaughn R Walker
10/11/2006

TO: THE COURT AND ALL PARTIES OF RECORD:

　　Notice is hereby given that the above-captioned matter is dismissed on the merits and with prejudice.

　　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF BALÁM O. LETONA


Dated: October 6, 2006　　　　　　　　　By: /s/ Balám O. Letona
　　　　　　　　　　　　　　　　　　　　　　　Balám O. Letona, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Silvia Acevedo

- 1 -
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE